# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| ROSEL ALCANTARA <br><br> Plaintiff(s) <br><br> v. <br><br> ANDREW SAUL <br><br> Defendant(s) | Case Number <br><br> 20cv1098-MSB <br><br><br> **ORDER RE REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: June 18, 2020

_____
Michael S. Berg
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency  
☐ Legally and/or factually patently frivolous  
☐ Other:

☐ District Court lacks jurisdiction  
☐ Immunity as to

Comments:

Dated: _____

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED  
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

Dated: _____

_____
United States District Judge